UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTONIO HOWARD, )
)
Plaintiff, )
)
v. ) CV424-150
)
CITY OF SAVANNAH, *et al.*, )
)
Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 2), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 2.) Howard's request to have state criminal proceedings against him dismissed is **DISMISSED**. His claims against Defendants the State of Georgia, Abbot, the unidentified district attorney, and Defendant Holt arising from her alleged false testimony are all **DISMISSED** as those defendants are immune from such claims. His claims against Chatham County and the City of Savannah fail to state a claim upon which relief can be granted and are, therefore, **DISMISSED**. Howard's Amended Complaint remains pending screening by the Magistrate Judge.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of September, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA