UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ANTONIO HOWARD, )
)
Plaintiff, )
)
v. ) CV424-150
)
CITY OF SAVANNAH, *et al.*, )
)
Defendants. )

ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 7), to which no objections have been filed.[1] Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 7.) Howard's Amended Complaint is DISMISSSED. (Doc. no. 5.) The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 8th day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The service copy of the Report and Recommendation was returned as undeliverable. (Doc. no. 8.) Howard, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change." L.R. 11.1. Howard's noncompliance with Local Rule 11.1 provides an alternative basis for dismissal. <u>Cf.</u> Fed. R. Civ. P. 41(b).